LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GARDNER, | NO.: 2:06-CV-00106-MCE-DAD |
| Plaintiff, | |
| v. | **EX PARTE APPLICATION FOR ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER, EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE HEARING ON SUMMARY JUDGMENT AND ORDER THEREON** |
| SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND CAROL GALL, | |
| Defendants. | |

Plaintiff JOYCE GARDNER hereby applies to the Court ex parte for an Order modifying the pretrial conference scheduling order to provide that the last day for hearing dispositive motions be extended from the present deadline of May 25, 2007, to June 8, 2007, extending the date of the hearing on Defendant's Motion for Summary Judgment from the presently scheduled date of May 18, 2007, to June 8, 2007, and extending the time in which Plaintiff may file and serve her papers in opposition to Defendants' motion for summary judgment by electronic service to a date not less than seventeen (17) days preceding the hearing date and the date on which

-1-

**EX PARTE APPLICATION FOR ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER, EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE HEARING ON SUMMARY JUDGMENT AND ORDER THEREON**

Defendants must file their reply to a date not less than five (5) days preceding the date of the hearing.

    As stated in the Declaration of Anthony J. Poidmore in support of this application, the undersigned counsel has contacted Defendants' counsel seeking a stipulation and has received no affirmative response as of the time of filing of this application,  good cause exists for granting the extension and such application is supported in the accompanying Points and Authorities and the Declaration of Anthony J. Poidmore and Sandra Shahan.  The undersigned counsel has again attempted to communicate with defense counsel.  My assistant telephoned his office and was informed that a message was left for Mr. Brickwood yesterday and another message was left this morning.   Our office was informed that Mr. Brickwood is out of the office today and is in San Rafael.  Thereupon, my assistant,  through his legal assistant has put Mr. Brickwood on notice that an ex parte request will be made to this court.

    Plaintiff has not sought or obtained any previous extensions of time.

Dated:   May 2, 2007        LAW OFFICES OF ANTHONY J. POIDMORE
                                    A Professional Law Corporation

                                    /s/ Anthony J. Poidmore

                                  ANTHONY J. POIDMORE
                                  Attorneys for Plaintiff

**EX PARTE APPLICATION FOR ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER, EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE HEARING ON SUMMARY JUDGMENT AND ORDER THEREON**

ORDER

Having considered Plaintiff's ex parte application for an extension of time to file her papers in opposition to Defendants' motion for summary judgment, and finding good cause therefor,

IT IS ORDERED that the pretrial scheduling order be and is hereby amended so that dispositive motions may be heard no later than June 8, 2007.

IT IS FURTHER ORDERED that the hearing on the motion is continued to June 8, 2007, at 9:00 a.m. in Courtroom 3 of the above-entitled court.

IT IS HEREBY ORDERED that Plaintiff has to and including May 18, 2007 by which to file her opposition papers.

IT IS FURTHER ORDERED that Defendants' reply to Plaintiff's opposition is due May 25, 2007.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE