**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants, SHASTA COUNTY,
GERALD BENITO, ELIZABETH LESLIE,
ANGELA FITZGERALD, AND CAROL GALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOYCE GARDNER,                           No. 2:06-cv-00106-MCE-DAD

    Plaintiff,

  v.                                     **ORDER**

SHASTA COUNTY, GERALD BENITO,
ELIZABETH LESLIE, ANGELA
FITZGERALD, AND CAROL GALL,

    Defendants.
_____/

Defendants have requested modification of the Court's order entered on May 3, 2007 to allow defendants to file a reply brief five days prior to the hearing date of June 8, 2007, in accordance with local rule 78-230. Having fully considered defendants' request, and good cause being shown,

IT IS HEREBY ORDERED THAT:

1. Defendants' request is granted.
2. Defendants' reply in support of their Motion for Summary Judgment shall be filed no later than June 1, 2007.

Dated: May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE