LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293

Attorney for Plaintiff JOYCE GARDNER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GARDNER, <br><br> Plaintiff, <br><br> v. <br><br> SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND CAROL GALL, <br><br> Defendants. | CIV NO.: 2:06-CV00106-MCE-DAD <br><br> STIPULATION AND PROPOSED ORDER TO CHANGE FINAL PRETRIAL CONFERENCE AND TRIAL DATES |

The parties to this action hereby stipulate and agree, subject to court approval, to continue the Final Pretrial Conference presently set for August 17, 2007, to 9:00 a.m. on October 5, 2007, commencing at 9:00 a.m.

The parties further agree, subject to court approval, to continue the Trial of this matter from October 1, 2007, to November 5, 2007.

-1-
STIPULATION AND PROPOSED ORDER TO CHANGE FINAL PRETRIAL CONFERENCE AND TRIAL DATES

1  IT IS SO STIPULATED.

2

3  DATED: June 6, 2007          LAW OFFICES OF ANTHONY J. POIDMORE
                                A Professional Law Corporation
4

5                                      /s/ Anthony J. Poidmore
                                By
6                                      ANTHONY J. POIDMORE
                                       Attorney for Plaintiffs
7  DATED: June 6, 2007

8

9                                      /s/ Gary Brickwood
                                By
10                                     Gary Brickwood
                                       Attorney for Defendants
11

12

13                              **ORDER**

14      The Final Pretrial Conference is continued to October 5, 2007 at 9:00 a.m.  The parties are

15  to file their Joint Final Pretrial Statement not later than September 21, 2007.  The Jury Trial is

16  continued to November 5, 2007 at 9:00 a.m.

17  IT IS SO ORDERED.

18  Dated: June 7, 2007

19

20

21                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

-2-