LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293

Attorney for Plaintiff JOYCE GARDNER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GARDNER, | Case No.: 2:06-cv-00106-MCE-DAD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CHANGE TRIAL DATE |
| v. | |
| SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND CAROL GALL, | |
| Defendants. | |

The parties to this action hereby stipulate and agree, subject to court approval, to continue the Trial of this matter from March 24, 2008 to May 5, 2008.

IT IS SO STIPULATED.

DATED:   November 15, 2007        LAW OFFICES OF ANTHONY J. POIDMORE
                                  A Professional Law Corporation


                                          /s/ Anthony J. Poidmore
                                  By_____
                                       ANTHONY J. POIDMORE
                                       Attorney for Plaintiffs

-1-
STIPULATION AND ORDER TO CHANGE TRIAL DATE

DATED: November 15, 2007

By /s/ Gary Brickwood
_____
Gary Brickwood
Attorney for Defendants

ORDER

The February 15, 2008 Final Pretrial Conference is vacated and continued to April 4, 2008 at 9:00 a.m. in Courtroom 3. The Joint Final Pretrial Statement is due not later than March 21, 2008. The March 24, 2008 jury trial is vacated and continued to May 5, 2008 at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated: November 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER TO CHANGE TRIAL DATE