LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:     916-787-1293

Attorney for Plaintiff JOYCE GARDNER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GARDNER, <br><br> Plaintiff, <br><br> v. <br><br> SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND CAROL GALL, <br><br> Defendants. | CIV NO.:  2:06-CV-00106-MCE-DAD <br><br> STIPULATION AND ORDER TO EXTEND DUE DATE FOR JOINT FINAL PRETRIAL STATEMENT, WITNESS LISTS AND EXHIBIT LISTS PURSUANT TO THE COURT'S PREVIOUS ORDER SETTING DUE DATE OF DECEMBER 19, 2008 <br><br> Trial Date:   March 16, 2009 <br> Time:         9:00 a.m. <br> Dept:          3 - 15th Floor |

The parties to this action hereby stipulate and agree, subject to court approval, to continue the deadline date of Friday, December 19, 2008 to **Monday, December 22, 2008** for submission of their Joint Final Pretrial Statement, Witness Lists and Exhibit Lists previously set by the court and scheduled to be due on Friday, December 19, 2008.

IT IS SO STIPULATED.

DATED:   December 18, 2008        LAW OFFICES OF ANTHONY J. POIDMORE
                                  A Professional Law Corporation


                                              /s/ Anthony J. Poidmore
                                  By_____
                                      ANTHONY J. POIDMORE
                                      Attorney for Plaintiffs

-1-

| | |
|---|---|
| DATED: December 18, 2008 | BRICKWOOD LAW OFFICE |
| | By /s/ Gary Brickwood |
| | Gary Brickwood |
| | Attorney for Defendants |

IT IS SO ORDERED.

Dated: December 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE