UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOYCE GARDNER, | No. 2:06-cv-00106-MCE-DAD |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Supplemental Pretrial Statements. Having reviewed those filings, the Court now finds that the Accusation filed against Plaintiff by the Board of Behavioral Sciences of the State of California is relevant to the instant litigation.

///
///
///
///

1

Accordingly, the trial currently scheduled to commence on Monday, July 27, 2009, is hereby vacated. Additionally, discovery is re-opened and the parties will be permitted to designate expert witnesses. Within twenty (20) days of the date this Order is filed electronically, the parties are directed to file a Joint Status Report after which time the Court shall issue an Amended Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: May 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE