

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE MORRISON C. ENGLAND



FILED
MAY 31 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JOYCE GARDNER,

    Plaintiff,

    v.

SHASTA COUNTY, ET AL.,

    Defendant.
_____/

No. 2:06-cv-00106-MCE-KJN

**JURY NOTE**

FOR COURT USE ONLY
Date Received: 5.31.12
Time Received: 11:00am

DATE: 5/31/2012
TIME: 10:55 am

The jury reached a unanimous verdict: YES  ☒   NO ___

The jury has the following questions(s) and/or requests the following:

[blank box]

Dated: 5/31/2012

Amy Morgan
Juror's Name or Foreperson