**FILED**

MAY 3 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE GARDNER,

      Plaintiff,

  v.

SHASTA COUNTY, GERALD BENITO,
ELIZABETH LESLIE, ANGELA
FITZGERALD and CAROL GALL,

      Defendants.
_____/

No. 2:06-cv-00106-MCE

**VERDICT ON FIRST
AMENDMENT CLAIM
(Verdict #1)**

    We, the jury in the above-entitled action, unanimously answer the questions submitted to us as follows:

**QUESTION NO. 1:**

    Did the plaintiff Gardner speak as a citizen and not as part of her official duties when she told defendant Leslie that New Directions to Hope should be notified of the CHAT grant award at the same time as Family Service Agency?

    Yes _____   No ✓

If you answered yes to Question No. 1, then answer Question No. 2. If you answered no to Question No. 1, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 2:**

Did a defendant listed below take an adverse employment action against plaintiff Gardner?

    Defendant BENITO    Yes \_\_\_\_\_    No _____

    Defendant LESLIE    Yes \_\_\_\_\_    No _____

If you answered yes to Question No. 2 for any defendant, then answer Question No. 3. If you answered no to Question No. 2 as to each defendant, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 3:**

Was the plaintiff's speech in Question No. 1 a substantial or motivating factor for the adverse employment action?

    Yes \_\_\_\_\_    No _____

If you answered yes to Question No. 3, then answer Question No. 4. If you answered no to Question No. 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 4:**

    What are the damages?   _____

**QUESTION NO. 5:**

Did any defendant act with malice, oppression or fraud in taking an adverse employment action against Gardner because of her speech in Question No. 1?

    Defendant BENITO    Yes _____ No _____

    Defendant LESLIE    Yes _____ No _____

DATED: 5/31/2012               _____
                                                       JURY FOREPERSON