IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE GARDNER,                       Case No. 2:06-CV-106-MCE-KJN

     Plaintiff,

vs.                                           **ORDER**

SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND CAROL GALL,

     Defendants.

---

    The Court is in receipt of Mr. Brickwood's letter of June 6, 2012, which indicates that certain defendants may be retaining separate counsel to represent them in the punitive damages portion of this case, which was scheduled for June 18, 2012 at the time the initial verdicts were rendered by the jury in this matter on May 31, 2012.  Mr. Brickwood indicated that at least one of those attorneys may be unavailable for the June 18, 2012 hearing.

///

1

1          Having reviewed Mr. Brickwood's letter, and having received
2    no subsequent notification as to unavailability since that time,
3    counsel are hereby notified that the hearing date of June 18, 2012
4    at 9:00 a.m. remains on calendar and is confirmed.  Any new
5    attorneys that wish to represent any of the individual defendants
6    in this final portion of the trial must make arrangements to
7    either attend the trial on June 18, 2012 or make arrangements for
8    other counsel to do so.
9          IT IS SO ORDERED.
10
11   Dated:  June 8, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE