**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA  96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendant
SHASTA COUNTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE GARDNER,                                Case No. 2:06-CV-106-MCE-KJN

           Plaintiff,

vs.                                           **ORDER**

SHASTA COUNTY, GERALD BENITO,
ELIZABETH LESLIE, ANGELA
FITZGERALD, AND
CAROL GALL

           Defendants.
_____/

     The Court has reviewed the Stipulation and Request for Dismissal and orders as follows:

     IT IS ORDERED THAT all verdicts against individual defendants be nullified and all claims against all individual defendants are dismissed with prejudice.

     IT IS FURTHER ORDERED THAT Judgment is entered on the first cause of action in favor of the Shasta County and Judgment is entered against defendant Shasta County on the State law causes of action in the amount of $775,000.

     IT IS FURTHER ORDERED THAT plaintiff is awarded costs of suit against Shasta County on the state law causes of action in the amount of

_____
**ORDER**                                                              1

1  $30,600, without the necessity for plaintiff to file a cost bill.
2       IT IS FURTHER ORDERED THAT the trial on punitive damages scheduled
3  for June 18, 2012 is vacated.

5  DATED:  _____.                    _____
                                                 MORRISON C. ENGLAND, JR.
6                                                UNITED STATES DISTRICT JUDGE

_____
**ORDER**                                                                 **2**