**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA  96001
(530) 245-1877
(530) 245-1879 (fax)


Attorneys for Defendant
SHASTA COUNTY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 2:06-CV-106-MCE-KJN

JOYCE GARDNER,

    Plaintiff,

**ORDER**

vs.

SHASTA COUNTY, GERALD BENITO, ELIZABETH LESLIE, ANGELA FITZGERALD, AND
CAROL GALL

    Defendants.
_____/

    The Court has reviewed the Stipulation and Request for Dismissal and orders as follows:

    IT IS ORDERED THAT all verdicts against individual defendants be nullified and all claims against all individual defendants are dismissed with prejudice.

    IT IS FURTHER ORDERED THAT Judgment is entered on the first cause of action in favor of the Shasta County and Judgment is entered against defendant Shasta County on the State law causes of action in the amount of $775,000.

///

**ORDER** 1

IT IS FURTHER ORDERED THAT plaintiff is awarded costs of suit against Shasta County on the state law causes of action in the amount of $30,600, without the necessity for plaintiff to file a cost bill.

IT IS FURTHER ORDERED THAT the trial on punitive damages scheduled for June 18, 2012 is vacated.  The Clerk's Office is directed to close this case.

DATED:  June 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE