# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOYCE GARDNER,**

CASE NO: **2:06–CV–00106–MCE–KJN**

v.

**SHASTA COUNTY, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/15/12**

**Victoria C. Minor**
Clerk of Court

ENTERED: **June 15, 2012**

by: /s/ A. Kastilahn
Deputy Clerk